NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIEP X. HOANG,**

*Plaintiff-Appellant,*

v.

**ABBOTT LABORATORIES, INC., KATHERINE GREEN, KENNETH A. WILSON, MAURIZO ACQUASALIENTE, STEPHEN MONTGOMERY, ZHENKUN MA, LY TAM PHAN, SUOMING ZHANG, STEVAN W. DJURIC, YAT SUN OR, and SANJAY CHEMBURKAR,**

*Defendants-Appellees.*

---

2010-1061

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 08-CV-0189, Judge Matthew F. Kennelly.

---

Before MAYER, LOURIE, and BRYSON, *Circuit Judges.*

PER CURIAM.

## ORDER

The court treats Diep X. Hoang's motion to recall the mandate as a motion for reconsideration of the court's

May 3, 2010 order dismissing her appeal for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

SEP 1 6 2010

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Diep X. Hoang
James F. Hurst, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 6 2010

JAN HORBALY
CLERK